■ In the Matter of KAHLIN T.D.W., an Infant. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BETSEY J.D., Appellant. In the Matter of BRADLEY A.W., Respondent, v BETSEY J.D., Appellant. (Appeal No. 1.) [993 NYS2d 523]—Appeal from an order of the Family Court, Allegany County (Terrence M. Parker, J.), entered April 9, 2013. The order, among other things, awarded petitioner Bradley A.W. custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.

■ In the Matter of KAHLIN T.D.W., an Infant. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BETSEY J.D., Appellant. (Appeal No. 2.) [993 NYS2d 523]—Appeal from an order of the Family Court, Allegany County (Terrence M. Parker, J.), entered May 14, 2013 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.

■ TIFFANE ELLINGTON, Appellant, v JOHN ELLINGTON, Respondent. [993 NYS2d 523]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 7, 2013. The order, among other things, ordered plaintiff's counsel to pay defendant's counsel the sum of $4,000 as partial reimbursement for expenses for a neuropsychological examination scheduled by defendant, which plaintiff failed to attend.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.